Hon. Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, an Ohio company<br><br>　　　　　Plaintiff,<br>vs.<br><br>DIRECTIONAL SOLUTIONS, LLC, a Louisiana limited liability company; HUGO CARDONA-LOPEZ and "JANE DOE" CARDONA LOPEZ, husband and wife; THE ESTATE OF KATHY COOK (deceased), by and through her personal representative, LORI KOIDAHL; KATHLEEN DAVENPORT; REBECCA COOK and MARK COOK, wife and husband; LINDA JACKSON; LUONG THAI and YEN THAI, husband and wife; LINDA THORSHEIM and "JOHN DOE" THORSHEIM, wife and husband; LOREEN PETTY and "JOHN DOE" PETTY, wife and husband<br><br>　　　　　Defendants. | NO. C09-162 RAJ<br><br>STIPULATION REGARDING DISCOVERY |

**STIPULATION**

Comes now the parties above-named and, in accordance with Minute Entry (Dkt. 30), the parties to this matter stipulate regarding discovery as follows:

STIPULATION REGARDING DISCOVERY    Page - 1
**C09-162 RAJ**

GOSSELIN LAW OFFICE, PLLC
1901 JEFFERSON AVENUE, SUITE 304
TACOMA, WASHINGTON 98402
OFFICE: 253.627.0684 FACSIMILE: 253.627.2028

1. The parties have further conferred and discussed in good faith ways to streamline discovery.

2. The parties agree and stipulate to using formal and informal methods to discover and narrow the disputed factual issues. This includes proposing certain facts relevant to particular issues that may be agreed and stipulated to. In the event the parties cannot stipulate to all facts that may be relevant to that issue, they will discuss and consider in good faith a stipulation to such of those facts upon which they can agree, and to coordinate discovery appropriate to the disputed facts.

3. The parties agree and stipulate to using discovery "point person(s)" from each side authorized to coordinate and undertake discovery. This includes propounding or responding to formal and informal discovery jointly through the point person(s).

Dated this 3rd day of September, 2009.

GOSSELIN LAW OFFICE, PLLC

By: _____
TIMOTHY R. GOSSELIN, WSBA #13730
Attorney for Plaintiff

LAW OFFICES OF JOHN BUDLONG

By: _____ per email Authorization
JOHN BUDLONG, WSBA # 12594
FAYE WONG WSBA # 30172
Attorneys for Kathleen Davenport/Directional Solutions

LAW OFFICES OF JAMES S. ROGERS

By: _____ per email Authorization
JAMES S. ROGERS, WSB # 5335
Attorneys for Rebecca & Mark Cook

LUVERA BARNETT BRINDLEY BENINGER & CUNNINGHAM

By: _____ per email Authorization
DAVID M. BENINGER WSBA #18432
Attorneys for Estate of Kathy Cook/Directional Solutions

By: _____ per email Authorization
CHARLES COVELLO, WSBA #360
Attorney for Luong & Yen Thai

J.D. SMITH ATTORNEY AT LAW

By: _____ per email authorization
J. D. SMITH, WSBA # 28246
Attorney for Linda Jackson

LAW OFFICE OF WILLIAM D. HOCHBERG

By: _____ per email Authorization
William D. Hochberg, WSBA # 13510
Grady B. Martin, WSBA # 34875
Attorney for Defendants Petty

STIPULATION REGARDING DISCOVERY    Page - 2
C09-162 RAJ

GOSSELIN LAW OFFICE, PLLC
1901 JEFFERSON AVENUE, SUITE 304
TACOMA, WASHINGTON 98402
OFFICE: 253.627.0684 FACSIMILE: 253.627.2028